IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br>NADEEM AHMAD,<br>  Debtor.<br>_____/<br>2N DESIGN/BUILD, INC.,<br>  Plaintiff(s),<br>  v.<br>SHOE PALACE CORPORATION, et. al.,<br>  Defendant(s).<br>_____/ | CASE NO. 5:12-cv-05641 EJD<br><br>**ORDER EXTENDING DEADLINE FOR OBJECTION TO RECOMMENDED DISPOSITION OF MAGISTRATE JUDGE** |

Having reviewed the docket in this action, the court has determined that Debtor Nadeem Ahmad was not properly served with (1) the recommended disposition of the magistrate judge or (2) the order reassigning this case to the undersigned, both issued on March 20, 2013. See Docket Item Nos. 12, 13. Based on the removal pleadings, it appears that Nadeem Ahmad is proceeding without an attorney in the district court action.

Accordingly, the court orders the clerk to serve Ahmad with Docket Item Nos. 12 and 13 at the address noted on the caption of his pleadings and to serve all further documents on Ahmad at this address. In addition, the court finds good cause to extend the deadline for objections to the recommended disposition of the magistrate. On or before **April 9, 2013**, any party may serve and file specific written objections to the proposed findings and recommendations pursuant to Federal Rule of Civil Procedure 72(b). This action shall then proceed as further described in Rule 72.

**IT IS SO ORDERED.**

Dated:  March 26, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-05641 EJD
ORDER EXTENDING DEADLINE FOR OBJECTION TO RECOMMENDED DISPOSITION OF MAGISTRATE JUDGE